## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>SONYA SWIFT-LEAK.<br>Debtor. | Chapter 13<br>Case No. 18-11785-MSH |

### TRUSTEE'S OBJECTION TO DEBTOR'S
### MOTION TO EXTEND THE AUTOMATIC STAY

Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee ("Trustee"), and files this Objection to the Debtor's Motion to Extend the Automatic Stay ("the Motion") and as reasons therefor states as follows:

1. The Debtor filed the instant case on May 14, 2018. On May 25, 2018, the Debtor filed the Motion. An evidentiary hearing is currently scheduled on the Motion for June 7, 2018.

2. On August 1, 2016, the Debtor filed a chapter 13 case ("the first case"), case number 16-13006-FJB. The first case was dismissed on March 7, 2018 at the request of the Debtor. While the first case was pending a Motion for Relief from Stay was filed by Massachusetts Housing Finance Agency ("MHFA"). The Court approved a Stipulation between the Debtor and MHFA on July 14, 2017. On January 18, 2018, an Affidavit of Non-Compliance was filed by MHFA and was pending at the time of dismissal.

3. Pursuant to 11 U.S.C. §109(g)(2), no individual may be a debtor in chapter 13 who has been an debtor in a case pending at any time in the preceding 180 days if the debtor requested and obtained the voluntary dismissal of the case following the filing of a request for relief from the automatic stay. Because the Affidavit of Non-Compliance requested relief from the automatic stay and was pending at the time of dismissal the Debtor is not eligible to be a chapter 13 debtor because the first case was dismissed less than 180 days before the filing of the instant case.

4. Because the Debtor is not eligible to file a Chapter 13 case at this time the Trustee asserts that the Motion to Extend Stay should be denied and the case dismissed by the Court under 11 U.S.C. §109(g)(2).

2

| | |
|---|---|
| Dated:  May 29, 2018 | Respectfully submitted,<br><br>Carolyn A. Bankowski<br>Standing Chapter 13 Trustee<br><u>/s/ Patricia A. Remer</u><br>Carolyn A. Bankowski, BBO#631056<br>Patricia A. Remer, BBO#639594<br>Office of the Chapter 13 Trustee<br>PO Box 8250<br>Boston, MA  02114-0022<br>(617) 723-1313<br>13trustee@ch13boston.com |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 29, 2018, a copy of the Trustee's Objection to Debtor's Motion to Extend Automatic Stay was served via first class mail postage prepaid, or by electronic notice, upon the Debtor and Debtor's counsel at the address set forth below.

| | |
|---|---|
| Sonya Swift-Leak<br>152 Callender Street<br>Boston, MA 02124 | Herbert Weinberg<br>Rosenberg & Weinberg,<br>805 Turnpike St., Suite. 201<br>North Andover, MA 01845 |

<u>/s/ Patricia A. Remer</u>
Patricia A. Remer, BBO#639594

2