UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:          SONYA SWIFT-LEAK                    Case No.  18-11785-MSH
                                                    Chapter 13
          Debtor

## OBJECTION TO DEBTOR'S MOTION TO EXTEND STAY

TO THE HONORABLE MELVIN S. HOFFMAN:

NOW COMES Massachusetts Housing Finance Agency, together with its successors and assigns (hereinafter "Mass Housing"), a secured creditor in the above-captioned bankruptcy case, and respectfully moves this Honorable Court to deny the Debtor's Motion to Extend the Automatic Stay on the grounds that the most recent bankrutpcy petition was not filed in good faith. In support of its Objection, Mass Housing states the following:

1.    Pursuant to 11 U.S.C. §362(c)(3)(A), the Debtor is currently limited to a 30-day automatic stay due to her prior bankruptcy case, which was pending within the preceding one-year period.

2.    Pursuant to 11 U.S.C. §362(c)(3)(B), the party seeking an extension of the automatic stay, the Debtor, must "demonstrate[ ] that the filing of the later case is in good faith as to the creditors to be stayed."

3.    Pursuant to 11 U.S.C. §362(c)(3)(C)(ii), "a case is presumptively filed not in good faith … as to any creditor that commenced an action under subsection (d) in a previous case in which the individual was a debtor if, as of the date of dismissal of such case, that action was still pending or had been resolved by terminating, conditioning, or limiting the stay as to actions of such creditor."

4.   Debtor filed the instant bankruptcy case on May 14, 2018.

5.   Debtor was a debtor in the Chapter 13 bankruptcy case #16-13006, which was closed on May 7, 2018, and was pending in the preceeding one-year period.

6.   On February 28, 2017, Mass Housing filed a Motion for Relief from Stay in case #16-13006 seeking relief pursuant to 11 U.S.C. §362(d)(1).

7.   On March 7, 2018, the Debtor, by and through Counsel, filed a Motion For Voluntary Dismissal of Chapter 13 Case with respect to case #16-13006.

8.   Debtor's Motion For Voluntary Dismissal of Chapter 13 Case was granted on that same date.

9.   Also on that same date, this Court entered an Endorsed Order (Docket No. 120) rendering the pending Motion for Relief filed by Mass Housing moot on the grounds that the bankruptcy case had been dismissed.

10.  Debtor's instant bankruptcy case was presumptively not filed in good faith with respect to Mass Housing.

11.  Although it does not fall within the one-year time frame set forth in 11 U.S.C. §362(c)(3), Mass Housing requests that the Court take notice of the Debtor's pattern of behavior as evidenced in case #15-13180. Case #15-13180 was filed less than a year before case #16-13006. Case #15-13180 was also a Chapter 13 bankruptcy case. Debtor filed her voluntary petition on August 12, 2015, Mass Housing filed a Motion for Relief from Stay on February 9, 2016, and Debtor filed a Motion For Voluntary Dismissal of her Chapter 13 bankruptcy case on June 28, 2016. The only difference in that case was that the Motion for Relief was granted on March 30, 2016, after the Debtor withdrew her Response to the Motion.

WHEREFORE, secured creditor Massachusetts Housing Finance Agency respectfully requests that this Court grant its Motion to Dismiss and grant such other and further relief as this Honorable Court deems proper.

Respectfully Submitted:

Massachusetts Housing Finance Agency,
By its Attorneys,

/s/ Stefanie D. Howell
Stefanie D. Howell, Esq.  BBO #664739
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
showell@shslawfirm.com

<u>CERTIFICATE OF SERVICE</u>

      The undersigned does hereby certify that the above Motion To Dismiss was served upon the following parties by causing true and correct copies of the same to be sent via electronic notice or via first class mail postage pre-paid, as indicated, on June 4, 2018:

<u>Via Electronic Notice:</u>

Office of the U.S. Trustee
Ustpregion01.bo.ecf@usdoj.gov

Carolyn Bankowski, Esq.
PO Box 8250
Boston, MA 02114
13trustee@ch13boston.com
*Trustee*

Herbert Weinberg, Esq.
Rosenberg & Weinberg
805 Turnpike Street, Suite 201
North Andover, MA 01845
hweinberg@jrwlaw.com
*Debtor's Counsel*

John Houton
City of Boston
Assistant Corporation Counsel
City Hall Room M-5
One City Hall Square
Boston, MA 02201
John.Houton@cityofboston.gov
*Counsel for City of Boston Treasury Department*

<u>Via First Class Mail:</u>

Sonya R. Swift-Leak
152 Callender Street
Dorcester, MA 02124
*Debtor*

Tax Collector
City of Boston
PO Box 55808
Boston, MA 02205-5808

Massachusetts Housing Finance Agency
1 Beacon Street
Boston, MA  02108
*Movant*

Jewel Swift
Co-Administratix of the Estate of Priscilla V. Graham
79 Mellen Street
Brockton, MA 02301-1434

Estate of Priscilla V. Graham
152 Callender Street
Dorchester, MA 02124


                /s/ Stefanie D. Howell